IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY L. COOPER,

    Plaintiff,

vs.                                            4:08-CV-406-SPM

WALTER MCNEIL,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

      THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 3). The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections to this Report and Recommendation have been filed by the Plaintiff, presumably because Plaintiff's mail was returned from Plaintiff last known address as "refused." Plaintiff has not filed a change of address with the court.

      Plaintiff falls under the "three strikes" provision of the Prison Litigation Reform Act ("PLRA"), which prohibits an inmate from filing any civil actions or appeals if he has three or more previous cases dismissed on grounds of frivolity, malice, or failure to state a claim upon which relief can be granted. 28 U.S.C. §

1915(g).  The Report and Recommendation noted that Plaintiff had not alleged that he was in imminent danger of serious physical injury—the only exception to the "three strikes" rule.  Id.  Plaintiff's has not yet paid his filing fee and because of the application of the "three strikes" provision, Plaintiff is not entitled to proceed in forma pauperis.  Accordingly, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 3) is *adopted and incorporated* by reference in this order.

2. Plaintiff's Complaint is (doc. 1) hereby ***dismissed without prejudice***.

DONE AND ORDERED this twenty-third day of December, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge